# FINANCIAL DISCLOSURE REPORT
## FINAL FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) WOODS, KAY | 2. Court or Organization BANKRUPTCY- N. D. OHIO | 3. Date of Report 07/20/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) UNITED STATES BANKRUPTCY JUDGE | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☐ Annual ☑ Final  5b. ☐ Amended Report | 6. Reporting Period 01/01/2017 to 07/06/2018 |

**7. Chambers or Office Address**

NATHANIEL R. JONES FED. BLDG.
10 EAST COMMERCE STREET
YOUNGSTOWN, OH 44503

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. MEMBER | OHIO STATE UNIVERSITY MORITZ COLLEGE OF LAW NATIONAL COUNCIL (NO COMPENSATION OR REIMBURSEMENTS RECEIVED) |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2017/2018 | BOYD, RUMMELL, CARACH, CURRY, KAUFMANN & BINS-CASTRONOVO, LPA - SALARY |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WOODS, KAY | 07/20/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WOODS, KAY | 07/20/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. PNCBANK, NATIONAL ASSOCIATION | A | Interest | J | T | | | | | |
| 2. NATIONWIDE INSURANCE | A | Interest | K | T | | | | | |
| 3. JOHN HANCOCK LIFE INSURANCE | A | Interest | J | T | | | | | |
| 4. AXA EQUITABLE LIFE INSURANCE COMPANY | C | Distribution | | | Closed | 06/06/17 | J | | |
| 5. CHEMICAL BANK - 4644 (FKA TALMER BANK) | A | Interest | M | T | | | | | |
| 6. CHEMICAL BANK - 2139 (FKA TALMER BANK)Y | | None | J | T | | | | | |
| 7. CHEMICAL BANK - 2652 (FKA TALMER BANK)Y | | None | M | T | | | | | |
| 8. CHEMICAL BANK - 0541 (FKA TALMER BANK) | A | Interest | | | Matured | 07/06/17 | L | | |
| 9. CHEMICAL BANK - 8990 | A | Interest | J | T | Open | 05/01/18 | J | | |
| 10. CHEMICAL BANK - 7983 | A | Interest | K | T | Open | 05/08/18 | K | | |
| 11. MANULIFE FINANCIAL CORPORATION (LIFE INSURANCE) | A | Dividend | K | T | | | | | |
| 12. MANULIFE FINANCIAL CORPORATION (STOCK) | A | Dividend | J | T | Buy (add'l) | 03/15/18 | J | | |
| 13. PRUDENTIAL C/O COMPUTERSHARE | A | Dividend | K | T | | | | | |
| 14. UNITED COMMUNITY FINANCIAL CORP | B | Dividend | K | T | | | | | |
| 15. FIDELITY TRADITIONAL IRA (H) | | | | | | | | | |
| 16. -FIDELITY BALANCED | D | Dividend | M | T | | | | | |
| 17. -FIDELITY EQUITY INCOME | D | Dividend | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | N =$250,001 - $500,000 |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WOODS, KAY | 07/20/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -FIDELITY STRATEGIC INCOME | B | Dividend | K | T | | | | | |
| 19. -FIDELITY CASH RESERVES | | None | J | T | | | | | |
| 20. FIDELITY - INDIVIDUAL ACCOUNT (H) | | | | | | | | | |
| 21. -FIDELITY BALANCED | B | Dividend | K | T | | | | | |
| 22. -FIDELITY EQUITY INCOME | B | Dividend | K | T | | | | | |
| 23. -FIDELITY STRATEGIC INCOME | A | Dividend | J | T | | | | | |
| 24. CHARLES SCHWAB (H) | | | | | | | | | |
| 25. -SPDR HEALTH CARE SELECT SECTOR | A | Dividend | J | T | Sold (part) | 04/24/17 | J | A | |
| 26. | | | | | Sold (part) | 07/18/17 | J | A | |
| 27. | | | | | Buy (add'l) | 04/24/18 | J | | |
| 28. -RYDEX S&P INDEX EQUAL WEIGHT FINANCIAL - (Y) | | | | | | | | | |
| 29. -INVESCO S&P INDEX EQUAL WEIGHT FINANCIAL - (X) | A | Dividend | K | T | | | | | |
| 30. -SPDR INDUSTRIAL SELECT SECTOR | A | Dividend | J | T | Sold (part) | 04/24/17 | J | A | |
| 31. -SPDR ENERGY SELECT SECTOR | A | Dividend | J | T | Buy (add'l) | 01/17/17 | J | | |
| 32. | | | | | Sold (part) | 04/24/18 | J | | |
| 33. -VANGUARD TELECOMMUNICATION SERVICES | A | Dividend | J | T | | | | | |
| 34. -S&P MIDCAP 400 | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WOODS, KAY | 07/20/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -ISHARES S&P MID-CAP 400 GROWTH | A | Dividend | J | T | Sold (part) | 01/23/18 | J | A | |
| 36. -ISHARES S&P SMALLCAP 600 INDEX-(Y) | | | | | | | | | |
| 37. -ISHARES CORE S&P SMALL CAP - (X) | A | Dividend | J | T | | | | | |
| 38. -S&P SMALL CAP 600 | A | Dividend | J | T | Sold (part) | 07/18/17 | J | B | |
| 39. -MSCI CANADA | A | Dividend | J | T | | | | | |
| 40. -ISHARES NASDAQ BIOTECHNOLOGY INDEX | A | Dividend | | | Buy | 06/29/17 | J | | |
| 41. | | | | | Sold | 04/06/18 | J | | |
| 42. -SPDR MATERIALS SELECT SECTOR | A | Dividend | J | T | | | | | |
| 43. -SPDR UTILITIES SELECT SECTOR | A | Dividend | J | T | | | | | |
| 44. -VANGUARD EUROPEAN STOCK | B | Dividend | K | T | Sold (part) | 01/17/17 | J | | |
| 45. | | | | | Sold (part) | 10/18/17 | J | A | |
| 46. -VANGUARD PACIFIC STOCK | A | Dividend | K | T | Sold (part) | 10/18/17 | J | A | |
| 47. -VANGUARD MORTGAGE BACKED SECURITIES INDEX | A | Dividend | K | T | Sold (part) | 04/07/17 | J | A | |
| 48. | | | | | Buy (add'l) | 01/23/18 | J | | |
| 49. -BARCLAYS BOND 3-7 YEAR TREASURY-(Y) | | | | | | | | | |
| 50. -ISHARES 3-7 YEAR TREASURY BOND - (X) | A | Dividend | J | T | Buy (add'l) | 01/17/17 | J | | |
| 51. | | | | | Buy (add'l) | 10/18/17 | J | | |

1. Income Gain Codes:   A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
  P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
(See Column C2)   U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| WOODS, KAY | 07/20/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. | | | | | Buy (add'l) | 01/23/18 | J | | |
| 53. | | | | | Sold (part) | 04/24/18 | J | | |
| 54. -SPDR BARCLAYS CAPITAL SHORT TERM HIGH YEILD BOND | A | Dividend | J | T | Buy (add'l) | 04/24/18 | J | | |
| 55. -VANGUARD INTERMEDIATE TERM CORP BOND INDEX | A | Dividend | K | T | | | | | |
| 56. -SPDR DOUBLELINE TOTAL RETURN | A | Dividend | J | T | Buy (add'l) | 01/23/18 | J | | |
| 57. -VANGUARD REIT INDEX ETF | A | Dividend | | | Sold | 08/22/17 | J | A | |
| 58. -IQ HEDGE MULTI-STRATEGY TRACKER | A | Dividend | K | T | Sold (part) | 04/24/17 | J | | |
| 59. | | | | | Buy (add'l) | 01/23/18 | J | | |
| 60. -AQR N MANAGED FUTURES | | None | J | T | Sold (part) | 04/24/17 | J | | |
| 61. | | | | | Sold | 11/16/17 | J | | |
| 62. | | | | | Buy | 01/23/18 | J | | |
| 63. -SCHWAB US TREASURY MONEY FUND | | None | K | T | | | | | |
| 64. -VANGUARD MARKET NEUTRAL INVESTOR | A | Dividend | J | T | Buy (add'l) | 03/28/17 | J | | |
| 65. | | | | | Buy (add'l) | 04/24/17 | J | | |
| 66. | | | | | Buy (add'l) | 10/18/17 | J | | |
| 67. | | | | | Buy (add'l) | 12/22/17 | J | | |
| 68. | | | | | Buy (add'l) | 03/29/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WOODS, KAY | 07/20/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -SCHWAB HEDGED EQUITY | A | Dividend | J | T | Buy (add'l) | 12/08/17 | J | | |
| 70. -FIRST TRUST DOW JONES INTERNET INDEX | | None | J | T | Sold (part) | 01/23/18 | J | A | |
| 71. -SELECT SPDR CONSUMER DISCRETIONARY | A | Dividend | J | T | Sold (part) | 01/23/18 | J | A | |
| 72. -VANGUARD INFORMATION TECHNOLOGY | A | Dividend | K | T | | | | | |
| 73. - GUGGENHEIM S&P 500 EQUALWE CONS ETF(Y) | | | | | | | | | |
| 74. -INVESCO S&P 500 EQUAL WEIGHT CONSUMER STAPLES(X) | A | Dividend | | | Sold (part) | 07/18/17 | J | A | |
| 75. | | | | | Sold | 09/26/17 | J | A | |
| 76. -SCHWAB STRATEGIC TR EMERGING MKTS EQUITY | A | Dividend | K | T | Buy (add'l) | 01/17/17 | J | | |
| 77. | | | | | Sold (part) | 10/18/17 | J | A | |
| 78. | | | | | Sold (part) | 01/23/18 | J | B | |
| 79. -SPDR CONSUMER STAPLES SELECT SECTOR | A | Dividend | J | T | Buy | 09/26/17 | J | | |
| 80. | | | | | Sold (part) | 01/23/18 | J | A | |
| 81. -REAL ESTATE SELECT SECTOR SPDR | A | Dividend | J | T | Buy | 08/22/17 | J | | |
| 82. -ISHARES MULTI-FACTOR EMERGING MARKETS | A | Dividend | J | T | Buy | 01/23/18 | J | | |
| 83. -ISHARES FLOATING RATE | A | Dividend | J | T | Buy | 02/15/17 | J | | |
| 84. -ISHARES BARCLAYS 0-5 YEAR TIPS BOND | A | Dividend | J | T | Buy | 04/24/18 | J | | |
| 85. -IQ MERGER ARBITRAGE | | None | J | T | Buy | 04/24/17 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WOODS, KAY | 07/20/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 10/18/17 | J | | |
| 87. SCHWAB IRA ROLLOVER ACCOUNT #2 (H) | | | | | | | | | |
| 88. -SECTOR SPDR HEALTHCARE | A | Dividend | K | T | Sold (part) | 07/18/17 | J | A | |
| 89. | | | | | Buy (add'l) | 10/18/17 | J | | |
| 90. | | | | | Buy (add'l) | 04/24/18 | J | | |
| 91. -SELECT SPDR CONSUMER DISCRETIONARY | A | Dividend | K | T | Sold (part) | 01/23/18 | J | A | |
| 92. | | | | | Sold (part) | 04/24/17 | J | A | |
| 93. -RYDEX S&P EQUAL WEIGHT FINANCIAL ETF (Y) | | | | | | | | | |
| 94. -INVESCO S&P 500 EQUAL WEIGHT FINANCIALS (X) | A | Dividend | K | T | Sold (part) | 07/18/17 | J | | |
| 95. | | | | | Buy (add'l) | 04/24/18 | J | | |
| 96. | | | | | Buy (add'l) | 10/18/17 | J | | |
| 97. -SECTOR SPDR INDUSTRIAL | A | Dividend | K | T | Sold (part) | 04/24/17 | J | A | |
| 98. | | | | | Sold (part) | 10/18/17 | J | A | |
| 99. -SECTOR SPDR ENERGY | A | Dividend | K | T | Buy (add'l) | 01/17/17 | J | | |
| 100. | | | | | Buy (add'l) | 04/24/17 | J | | |
| 101. | | | | | Sold (part) | 07/18/17 | J | | |
| 102. | | | | | Sold (part) | 01/23/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WOODS, KAY | 07/20/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold (part) | 04/24/18 | J | | |
| 104. -ISHARES DOW JONES US AEROSPACE & DEF | | | | | Sold | 01/17/17 | J | A | |
| 105. -VANGUARD TELECOMMUNICATIONS SERVICES | A | Dividend | J | T | Sold (part) | 10/18/17 | J | | |
| 106. -S&P MIDCAP 400 | A | Dividend | K | T | Sold (part) | 01/17/17 | J | B | |
| 107. | | | | | Sold (part) | 04/24/17 | J | C | |
| 108. | | | | | Sold (part) | 10/18/17 | J | A | |
| 109. --S&P MIDCAP 400 EFT | A | Dividend | K | T | Sold (part) | 04/24/17 | J | B | |
| 110. | | | | | Sold (part) | 10/18/17 | J | A | |
| 111. -S&P SMALL CAP 600 | A | Dividend | J | T | | | | | |
| 112. -ISHARES S&P SMALL CAP 600 INDEX(Y) | | | | | | | | | |
| 113. -ISHARES CORE S&P SMALL CAP(X) | A | Dividend | K | T | Sold (part) | 01/17/17 | J | A | |
| 114. -MCSI CANADA | A | Dividend | K | T | Sold (part) | 07/18/17 | J | | |
| 115. | | | | | Buy (add'l) | 01/17/17 | J | | |
| 116. | | | | | Buy (add'l) | 04/24/17 | J | | |
| 117. -RYDEX S&P EQUAL WEIGHT CONSUMER STAPLES(Y) | | | | | | | | | |
| 118. -SPDR MATERIALS SELECT SECTOR | A | Dividend | J | T | | | | | |
| 119. -SPDR UTILITIES SELECT SECTOR | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WOODS, KAY | 07/20/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 120. -VANGUARD PACIFIC STOCK | A | Dividend | K | T | Buy (add'l) | 04/24/17 | J | | |
| 121. | | | | | Buy (add'l) | 07/18/17 | J | | |
| 122. -VANGUARD EUROPEAN | C | Dividend | L | T | Sold (part) | 01/17/17 | J | | |
| 123. | | | | | Buy (add'l) | 04/24/17 | J | | |
| 124. | | | | | Buy (add'l) | 07/18/17 | J | | |
| 125. -VANGUARD MORTGAGE BACKED SECURITIES INDEX | A | Dividend | J | T | Sold (part) | 04/24/17 | J | A | |
| 126. | | | | | Buy (add'l) | 01/23/18 | J | | |
| 127. -BARCLAYS 3-7 YR(Y) | | | | | | | | | |
| 128. -ISHARES 3-7 YEAR TREASURY BOND(X) | | | J | T | Buy (add'l) | 01/23/18 | J | | |
| 129. | | | | | Sold (part) | 04/24/18 | J | | |
| 130. -SPDR BARCLAYS CAPITAL SHORT TERM HIGH YIELD BOND | A | Dividend | J | T | Buy (add'l) | 04/24/18 | J | | |
| 131. -VANGUARD REIT INDEX EFT | A | Dividend | | | Sold (part) | 04/24/17 | J | A | |
| 132. | | | | | Sold | 08/22/17 | J | A | |
| 133. -IQ HEDGE MULTI-STRATEGY TRACKER | A | Dividend | L | T | Buy (add'l) | 01/17/17 | J | | |
| 134. | | | | | Sold (part) | 04/24/17 | J | A | |
| 135. | | | | | Buy (add'l) | 07/18/17 | J | | |
| 136. | | | | | Buy (add'l) | 10/18/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| WOODS, KAY | 07/20/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Buy (add'l) | 01/23/18 | J | | |
| 138. | | | | | Sold (part) | 04/24/18 | J | | |
| 139. -AQR N MANAGED FUTURES | | None | K | T | Sold (part) | 04/24/17 | J | | |
| 140. | | | | | Buy (add'l) | 01/01/17 | J | | |
| 141. | | | | | Buy (add'l) | 07/18/17 | J | | |
| 142. | | | | | Buy (add'l) | 04/24/18 | J | | |
| 143. -SCHWAB US TREASURY MONEY FUND | | None | K | T | | | | | |
| 144. -FIRST TRUST DOW JONES INTERNET INDEX | | None | J | T | Sold (part) | 01/17/17 | J | A | |
| 145. -ISHARES NASDAQ BIOTECHNOLOGY INDEX | A | Dividend | | | Buy | 06/29/17 | J | | |
| 146. | | | | | Sold | 04/06/18 | J | | |
| 147. -VANGUARD INTERMEDIATE TERM CORP BOND INDEX | A | Dividend | J | T | | | | | |
| 148. -SPDR DOUBLELINE TOTAL RETURN | A | Dividend | J | T | | | | | |
| 149. -VANGUARD MARKET NEUTRAL INVESTOR | A | Dividend | K | T | Buy (add'l) | 03/28/17 | J | | |
| 150. | | | | | Buy (add'l) | 04/24/17 | J | | |
| 151. | | | | | Buy (add'l) | 10/18/17 | J | | |
| 152. | | | | | Buy (add'l) | 12/22/17 | J | | |
| 153. | | | | | Buy (add'l) | 01/23/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WOODS, KAY | 07/20/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Buy (add'l) | 03/29/18 | J | | |
| 155. -SCHWAB HEDGED EQUITY | B | Dividend | K | T | Sold (part) | 04/24/17 | J | A | |
| 156. | | | | | Buy (add'l) | 12/08/17 | J | | |
| 157. -VANGUARD INFORMATION TECHNOLOGY | A | Dividend | L | T | Sold (part) | 01/17/17 | J | A | |
| 158. | | | | | Sold (part) | 01/23/18 | J | A | |
| 159. -GUGGENHEIM S&P 500 EQUALWE CONS ETF(Y) | | | | | | | | | |
| 160. -INVESCO S&P 500 EQUAL WEIGHT CONSUMER STAPLES(X) | A | Dividend | | | Sold | 09/26/17 | K | B | |
| 161. -GUGGENHEIM S&P 500 EQUAL WEIGHT(Y) | | | | | | | | | |
| 162. -INVESCO S&P 500 EQUAL WEIGHT(X) | A | Dividend | | | Sold (part) | 10/18/17 | J | A | |
| 163. | | | | | Sold | 01/23/18 | J | B | |
| 164. -SCHWAB STRATEGIC TR EMERGING MARKET | B | Dividend | K | T | Buy (add'l) | 01/17/17 | J | | |
| 165. | | | | | Sold (part) | 04/24/17 | J | A | |
| 166. | | | | | Buy (add'l) | 10/18/17 | J | | |
| 167. | | | | | Buy (add'l) | 04/24/18 | J | | |
| 168. -ISHARES MSCI USA MOMENTUM FACTOR | A | Dividend | J | T | Buy | 01/23/18 | J | | |
| 169. -SPDR CONSUMER STAPLES SELECT SECTOR | A | Dividend | K | T | Buy | 09/26/17 | J | | |
| 170. | | | | | Sold (part) | 10/18/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WOODS, KAY | 07/20/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 171. | | | | | Sold (part) | 01/23/18 | J | A | |
| 172. -REAL ESTATE SELECT SECTOR SPDR | A | Dividend | J | T | Buy | 08/22/17 | J | | |
| 173. -ISHARES MULTI FACTOR EMERGING MARKETS | | None | K | T | Buy | 01/23/18 | K | | |
| 174. -ISHARES BARCLYS 0-5 YEAR TIPS BOND | | None | J | T | Buy | 04/24/18 | J | | |
| 175. -ISHARES FLOATING RATE | A | Dividend | J | T | Buy | 02/15/17 | J | | |
| 176. -IQ MERGER ARBITRAGE | | None | K | T | Buy | 04/24/17 | K | | |
| 177. -JP MORGAN DIVSFD RET EMRG MKTS EQTY | | | | | Buy | 01/17/17 | K | | |
| 178. | | | | | Sold | 01/23/18 | K | D | |
| 179. STIFEL NICOLAUS - INDIVIDUAL ACCOUNT (H) | | | | | | | | | |
| 180. -STIFEL NICOLAUS MONEY MARKET | A | Dividend | K | T | | | | | |
| 181. -AT&T | B | Dividend | K | T | | | | | |
| 182. -BANKMONTREAL QUEBEC | B | Dividend | K | T | | | | | |
| 183. -COMCAST CORP CLASS A NEW | A | Dividend | J | T | | | | | |
| 184. -CONOCOPHILLIPS | A | Dividend | K | T | | | | | |
| 185. -DIEBOLD INC | A | Dividend | J | T | | | | | |
| 186. -FREEPORT MCMORAN INC | A | Dividend | J | T | | | | | |
| 187. -INTEL CORP | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WOODS, KAY | 07/20/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188.  -MERCK & COMPANY INC NEW | A | Dividend | J | T | | | | | |
| 189.  -MICROSOFT CORP | A | Dividend | K | T | | | | | |
| 190.  -NUTRIEN LTD (X) | A | Dividend | J | T | | | | | |
| 191.  -PEPSICO INC | A | Dividend | K | T | | | | | |
| 192.  -PFIZER | A | Dividend | J | T | | | | | |
| 193.  -POTASH CORP SASK INC | A | Dividend | | | Merged (with line 190) | 01/02/18 | J | | |
| 194.  -PROCTER & GAMBLE COMPANY | A | Dividend | K | T | | | | | |
| 195.  -UNITEDHEALTH GROUP INC | A | Dividend | K | T | | | | | |
| 196.  -VODAFONE GRP PLC NEW ADR | B | Dividend | J | T | | | | | |
| 197.  -YUM BRANDS INC | A | Dividend | K | T | | | | | |
| 198.  -UNIVERSITY CINCINNATI OH GEN RCPTS SER F B/E OID | A | Interest | | | Redeemed | 12/01/17 | J | | |
| 199.  -CLEVLAND OH AARPT SYS REV SER C RMKTED | A | Interest | | | Redeemed | 01/03/17 | J | | |
| 200.  -COLUMBUS OH SEWER REV SYS SER A | A | Interest | | | Redeemed | 12/01/17 | J | | |
| 201.  -MONTGOMERY CNTY OH REV CATHOLIC HEALTH D | A | Interest | J | T | | | | | |
| 202.  -CINCINNATI ON ECON DEV REV BALDWIN 300 PL SER B | A | Interest | J | T | | | | | |
| 203.  -OHIO STATE HEIGHER EDL FAC COMMN REV HOSP UNIV HLTH SYS | A | Interest | | | Redeemed | 01/17/17 | J | | |
| 204.  -CLEVELAND OH ST UNIV GENL RCPTS SER A | A | Interest | | | Redeemed | 06/01/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WOODS, KAY | 07/20/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205.  -FRANKLIN CNTY OH REV RFDG TRINITY HLTH SER C | A | Interest | J | T | | | | | |
| 206.  -MARYSVILLE OH WASTEWATER TREATMENT SYS REV B/E | A | Interest | | | Redeemed | 12/01/17 | J | | |
| 207.  -MONTGOMERY CNTY OH REV CATHOLIC HEALTH | A | Interest | J | T | | | | | |
| 208.  -OHIO ST HIGH EDL FAC COMMN REV SUMMA HLTH | A | Interest | J | T | | | | | |
| 209.  -OHIO ST HIGH EDL FAC COMMN REV KENYON CLLG - B1 | A | Interest | J | T | | | | | |
| 210.  -OHIO ST HIGH EDL FAC COMMN REV KENYON CLLG - D7(X) | A | Interest | J | T | | | | | |
| 211.  -MARYSVILLE OH WASTEWATER TREATMENT SYS REV | A | Interest | | | Redeemed | 12/04/17 | J | | |
| 212.  -EASTMAN KODAK COMPANY SENIOR NOTES | A | Dividend | | | Sold | 01/08/18 | J | | |
| 213.  -SANFOI CONTINGENT RTS VALUE | | None | | | Sold | 01/01/17 | J | | |
| 214.  -AMERICAN INTL GROUP WTS | | None | | | Sold | 03/07/18 | J | A | |
| 215.  -CLEVELAND OH ARPT SYS REV SER A AGM B/E PTC CPN 5% DUE | B | Interest | K | T | | | | | |
| 216.  -OHIO ST HIGHER EDL FAC COMMON REV KENYON COLLEGE | A | Interest | J | T | | | | | |
| 217.  -OHIO ST AIR QLTY DEV AUTH REV RFDG POLLTN CTL FIRSTENERGY GENL A B/E | A | Interest | J | T | | | | | |
| 218.  -OHIO ST UNIV GENL RCPTS SER A REV B/E | B | Interest | K | T | | | | | |
| 219.  -MIAMI UNIV OH REV GENL RCPTS B/E | B | Interest | K | T | | | | | |
| 220.  -ROYAL DUTCH SHELL PLC | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WOODS, KAY | 07/20/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 221. -YUM CHINA HOLDINGS INC | A | Dividend | J | T | | | | | |
| 222. -CLEVELAND OH ECON & CMNTY DEV REV CORE CITY FD C/E TXBL | A | Interest | K | T | Buy | 03/06/18 | K | | |
| 223. | | | | | Buy (add'l) | 03/07/18 | J | | |
| 224. -AKRON OH CTF PARTN AKRON DIST ENERGY | A | Interest | J | T | Buy | 03/06/18 | J | | |
| 225. -CUYAHOGA OH COMNTY CLLG DIST FACS CONSTR | A | Interest | K | T | Buy | 03/06/18 | K | | |
| 226. -OHIO ST HIGH EDL COMMN REV RFDG CASE | A | Interest | J | T | Buy | 03/07/18 | J | | |
| 227. -NORTHEASTERN OH LOC SCH DIST SCH FACS CONSTR | | None | J | T | Buy | 03/06/18 | J | | |
| 228. STIFEL NICOLAUS - IRA ACCOUNT (H) | | | | | | | | | |
| 229. -STIFEL NICOLAUS MONEY MARKET | A | Int./Div. | K | T | | | | | |
| 230. -BP PLC SPONSORED ADR | C | Dividend | L | T | | | | | |
| 231. -BRISTOL MYERS SQUIBB CO | A | Dividend | J | T | | | | | |
| 232. -CHESAPEAKE ENERGY CORP | | None | J | T | | | | | |
| 233. -CISCO SYSTEMS INC | B | Dividend | K | T | | | | | |
| 234. -DEERE & CO | A | Dividend | J | T | | | | | |
| 235. -DISNEY WALT CO | B | Dividend | L | T | | | | | |
| 236. -DOW DUPONT INC | A | Dividend | J | T | | | | | |
| 237. -GENERAL ELECTRIC | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 238. -HP INC ( FORMERLY KNOWN AS HEWLETT-PACKARD CO) | | Dividend | | | Sold | 03/07/18 | J | A | |
| 239. -HEWLETT PACKARD ENTERPRISES COMPANY | A | Dividend | | | Sold | 03/07/18 | J | A | |
| 240. -HOME DEPOT INC | A | Dividend | K | T | | | | | |
| 241. -INTEL CORP | A | Dividend | J | T | | | | | |
| 242. -JOHNSON & JOHNSON | B | Dividend | K | T | | | | | |
| 243. -LILLY ELI & CO | A | Dividend | K | T | | | | | |
| 244. -MARATHON OIL CORP | A | Dividend | J | T | | | | | |
| 245. -MERCK & CO INC NEW | B | Dividend | K | T | | | | | |
| 246. -ORACLE CORP | A | Dividend | J | T | | | | | |
| 247. -PEPSICO INC | A | Dividend | K | T | | | | | |
| 248. -PFIZER INC | A | Dividend | J | T | | | | | |
| 249. -PROCTER & GAMBLE | B | Dividend | K | T | | | | | |
| 250. -ROYAL DUTCH SHELL PLC SPONSORED ADR REPSTG A SHS | B | Dividend | K | T | Buy (add'l) | 02/24/17 | K | | |
| 251. -TARGET CORP | A | Dividend | J | T | | | | | |
| 252. -WAL-MART STORES INC | A | Dividend | K | T | | | | | |
| 253. -EXPRESS SCRIPTS HOLDING COMPANY | | None | J | T | | | | | |
| 254. -MARATHON PETROLEUM CORP | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WOODS, KAY | 07/20/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 255. -CHENIERE ENERGY PARTNERS LP UNITS REPRESENTING LIMITED LIABILITY INTE | A | Distribution | J | T | | | | | |
| 256. -ENERGY TRANSFER PARTNERS UNIT LTD PARTNERSHIP | A | Distribution | | | Merged (with line 257) | 05/01/17 | J | | |
| 257. --ENERGY TRANSFER PARTNERS LTD NEW PARTNERSHIP | A | Distribution | J | T | | | | | |
| 258. -GLAXOSMITHKLINE PLC | A | Dividend | J | T | | | | | |
| 259. -DELL TECHNOLOGIES | | None | | | Sold | 03/07/18 | J | A | |
| 260. -DXC TECHNOLOGY COMPANY | A | Dividend | | | Spinoff (from line 239) | 04/03/17 | J | | |
| 261. | | | | | Sold | 03/12/18 | J | | |
| 262. -SEATTLE SPINCO INC | | None | | | Spinoff (from line 239) | 09/01/17 | J | | |
| 263. | | | | | Merged (with line 264) | 09/01/17 | J | | |
| 264. -MICROFOCUS INTL PLC | A | Dividend | | | Sold | 03/07/18 | J | | |
| 265. -KRAFT HEINZ | A | Dividend | K | T | Buy | 03/06/18 | K | | |
| 266. AMERICAN FUNDS - 401(K) ACCOUNT (H) | | | | | | | | | |
| 267. - AMCAP FUND - R3 | | | | | Closed | 09/25/17 | M | | |
| 268. - THE GROWTH FUND OF AMERICA - R3 | | | | | Closed | 09/25/17 | N | | |
| 269. - EUROPACIFIC GROWTH FUND - R3 | | | | | Closed | 09/25/17 | M | | |
| 270. - THE INVESTMENT COMPANY OF AMERICA - R3 | | | | | Closed | 09/25/17 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WOODS, KAY | 07/20/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 271.  - CAPITAL WORLD GROWTH AND INCOME - R3 | | | | | Closed | 09/25/17 | N | | |
| 272.  - CAPITAL INCOME BUILDER -R3 | | | | | Closed | 09/25/17 | M | | |
| 273.  - THE BOND FUND OF AMERICA - R3 | | | | | Closed | 09/25/17 | L | | |
| 274.  AMERICAN FUNDS - INDIVIDUAL ACCOUNT (H) | | | | | | | | | |
| 275.  - AMCAP FUND - R3 | D | Dividend | M | T | Open | 09/25/17 | M | | |
| 276.  - THE GROWTH FUND OF AMERICA - R3 | E | Dividend | N | T | Open | 09/25/17 | N | | |
| 277.  - EUROPACIFIC GROWTH FUND - R3 | D | Dividend | M | T | Open | 09/25/17 | M | | |
| 278.  - THE INVESTMENT COMPANY OF AMERICA - R3 | E | Dividend | M | T | Open | 09/25/17 | M | | |
| 279.  - CAPITAL WORLD GROWTH AND INCOME - R3 | E | Dividend | N | T | Open | 09/25/17 | N | | |
| 280.  - CAPITAL INCOME BUILDER -R3 | C | Dividend | M | T | Open | 09/25/17 | M | | |
| 281.  - THE BOND FUND OF AMERICA - R3 | B | Dividend | L | T | Open | 09/25/17 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WOODS, KAY | 07/20/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PART VII, INVESTMENTS AND TRUSTS:

-RYDEX S&P EQUAL WEIGHT FINANCIAL ETF CHANGED NAME TO -INVESCO S&P 500 EQUAL WEIGHT FINANCIALS
-ISHARES S&P SMALLCAP 600 INDEX CHANGED NAMES TO ISHARES CORE S&P SMALL CAP
-BARCLAYS BOND 3-7 YEAR TREASURY CHANGED NAME TO ISHARES 3-7 YEAR TREASURY
-GUGGENHEIM S&P 500 EQUALWE CONS ETF CHANGED NAME TO INVESCO S&P 500 EQUAL WEIGHT CONSUMER STAPLES
-GUGGENHEIM S&P 500 EQUAL WEIGHT CHANGED NAME TO INVESCO S&P 500 EQUAL WEIGHT

THE AMERICAN FUNDS - 401(K) ACCOUNT  REPORTED ON LINES 208-215 OF MY PRIOR YEAR REPORT HAS BEEN ROLLED OVER FROM AN EMPLOYER PLAN INTO AN INDIVIDUAL PLAN.

-DOW CHEMICAL CO CHANGED NAME TO DOW DUPONT INC, LINE 236
-ENERGY TRANSFER PARTNERS, LINE 256,  MERGED TO FORM ENERGY TRANSFER PARTNERS NEW PARTNERSHIP, LINE 257.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ KAY WOODS**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544